# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22CR2002-JLS |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| CAROLINA ZOE MONTANO-GONZALEZ, | |
| Defendant | |

**FOR GOOD CAUSE**, the parties' joint motion for a continuance of the Motion Hearing/Trial Setting is hereby GRANTED.  The Motion Hearing/Trial Setting is continued from September 30, 2022 to November 18, 2022, at 1:30 p.m.

For the reasons set forth in the joint motion, the court finds that time is excludable and that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  **SO ORDERED.**

Dated:  September 28, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge